IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHELLE SANDOVAL, SAMUEL HERRERA, ARTHUR MARTINEZ, MIGUEL MEDINA, JESSICA MARQUEZ, PATSY SALCIDO, DONNIE GARDUNO, JUAN RODRIGUEZ, APRIL MARTINEZ, CANDALARIA CHACON, JESUS FRANCO, JEREMY LOPEZ, DANIEL RODRIGUEZ, REBECCA POVIJUA, RAYMOND TRUJILLO, MARIA LOUISA AGUILAR, LEODIS HARRIS, MATT RATTIBOY, and MARIA TRUJILLO,

    Plaintiffs,

v.

                                                                                                                                                               No. 1:24-cv-00485-MIS-KK

JOHN BOSLEY, BOSLEY MANAGEMENT, INC., SANTA CLARA APARTMENTS, BOSLEY MANAGEMENT OF ARIZONA, INC., WHG PARTNERSHIP, JUDY BUSTAMANTE, CITY OF ESPANOLA, and UNITED STATES DEPARTMENT OF AGRICULTURE,

    Defendants.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Plaintiffs' Motion to Remand, ECF No. 34, it is **HEREBY ORDERED** that this case **DISMISSED without prejudice**. The Clerk is instructed to effectuate remand to the First Judicial District Court of Rio Arriba County, New Mexico and **CLOSE** the case.

                                                                                         **MARGARET STRICKLAND**
                                                                                         UNITED STATES DISTRICT JUDGE